

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2025

No. 04-25-00473-CR

Apolinar **RIVERA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CR-10463B
Honorable Joel Perez, Judge Presiding

### ORDER

Sitting:    Rebeca C. Martinez, Chief Justice
            Adrian A. Spears II, Justice
            H. Todd McCray, Justice

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 19, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court